

**RIEMER & ASSOCIATES LLC**
ATTORNEYS AT LAW

275 Madison Avenue | 26th Floor

New York, New York 10016

T 212.297.0700 | F 212.297.0730

January 16, 2020

MEMO ENDORSED

Via ECF
Hon. Ronnie Abrams
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/20

Re: **Deck R. v. Highmark Blue Cross Blue Shield et al.
19 CV 10490**

Dear Judge Abrams:

With this letter Plaintiff Deck R., and Defendant Highmark Blue Cross Blue Shield ("Highmark"), by and through their respective counsel and having met and conferred, hereby request a brief adjournment of Highmark's time to respond to the Amended Complaint, the initial conference currently scheduled for January 24, 2020 at 11 am, as well as on the parties' deadline to file a joint letter, currently set for January 17, 2020 (Doc. No. 5).

The basis for this request is as follows: Plaintiff filed his Complaint on November 12, 2019 (Doc. No 1). Plaintiff filed his First Amended Complaint on December 23, 2019 (Doc. No. 7). The Court issued an amended summons on December 27, 2019 (Doc. No. 11). Plaintiff served the summons on Defendant Highmark Blue Cross Blue Shield on December 31, 2019 (Doc. No. 13).

Highmark is in the process of investigating the claims at issue, and therefore seeks to extend its time to respond to the First Amended Complaint from January 21, 2020 to January 31, 2020.

Accordingly, the parties respectfully request that the Court adjourn the currently scheduled case conference to a date after Highmark's anticipated appearance in this action. The parties are unavailable on the following Fridays in February and March: February 7, 14, and 21, as well as March 6 and 27.

We thank the Court for its attention to this matter.

Respectfully yours,

Jennifer Hess /s/

---

Application granted. The initial conference is hereby adjourned to February 28, 2020 at 2:45 p.m. The parties shall submit the materials described in the Court's November 19, 2019 Order by February 21, 2020.

SO ORDERED.

Hon. Ronnie Abrams
1/17/2020

www.riemerlawfirm.com